**Darryl Keith AGGERS, Plaintiff–Appellant,**

v.

**TYSON, Kern Valley State Prison, Captain; et al., Defendants–Appellees.**

**No. 11–17138.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 25, 2012.

Darryl Keith Aggers, San Diego, CA, pro se.

John Randall Andrada, Esquire, Valerie Ly, Andrada & Associates Professional Corporation, Oakland, CA, for Defendants–Appellees.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

* The panel unanimously concludes this case is   suitable for decision without oral argument.

MEMORANDUM **

Darryl Keith Aggers, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune*, 315 F.3d 1108, 1117 (9th Cir. 2003), and we affirm.

The district court properly dismissed the action without prejudice because Aggers conceded that he did not exhaust administrative remedies, and failed to provide sufficient evidence to show that administrative remedies were effectively unavailable to him. *See Woodford v. Ngo*, 548 U.S. 81, 85, 93–95, 126 S.Ct. 2378, 165 L.Ed.2d 368 (2006) ("proper exhaustion" is mandatory and requires adherence to administrative procedural rules); *see also Sapp v. Kimbrell*, 623 F.3d 813, 822 (9th Cir.2010) (exhaustion is not required where administrative remedies are "effectively unavailable").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n. 2 (9th Cir.2009) (per curiam).

**AFFIRMED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.